IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. DAVIS,

      Plaintiff,

v.                                      CASE NO. 4:13-cv-191-MW/CAS

MICHAEL D. CREWS, et al.,

      Defendants.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed April 12, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation **is accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. §1915(g). Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice.**" The Clerk shall note on the docket lines that this cause is dismissed pursuant to 28

U.S.C. §1915(g).  The Clerk shall close the file.

SO ORDERED on April 30, 2013.

s/Mark E. Walker<br>United States District Judge